| | |
|---|---|
| **From:** | Brennan Morrissett |
| **Sent:** | Monday, January 14, 2019 9:22 AM |
| **To:** | Brennan Morrissett |
| **Subject:** | FW: Kimberly Beach v. Costco Wholesale Corporation |

**From:** Benjamin Boscolo <BBoscolo@chasenboscolo.com>
**Date:** January 10, 2019 at 7:57:17 PM EST
**To:** Matthew Haynes <mhaynes@lawmh.com>
**Cc:** Ashley Strandjord <AStrandjord@chasenboscolo.com>
**Subject: Re: Kimberly Beach v. Costco Wholesale Corporation**

> Matt
>
> Will get you deposition notices tomorrow
>
> I do not know what you mean about the type of questions I will ask in the deposition. I plan on asking questions designed to lock in facts that are relevant to the elements of Ms. Beach's claims against Costco
>
> Thanks.
>
> Benj
>
> Please excuse any typographical errors. This message was sent from my PDA with voice recognition software
>
> On Jan 10, 2019, at 3:44 PM, Matthew Haynes <mhaynes@lawmh.com> wrote:
>
>> Ben:
>> I am still waiting on the deposition notices for the corporate representative and Mr. Barney. I expect we may have objections to some of the proposed topics. Also, please confirm you will not employ "Reptile Theory" tactics at any time during either deposition. Otherwise, I will need to file a Motion for Protective Order.
>> Matthew
>>
>> <image001.jpg>
>>
>> **J. Matthew Haynes, Jr.**
>> 1111 E. Main St. Suite 2100 | Richmond, Virginia 23219
>> **Mail to:** P.O. Box 796 | Richmond, Virginia 23218
>> Ph: (804)–775–3809 | F: (804) -775-3800
>> www.lawmh.com | mhaynes@lawmh.com

EXHIBIT E

1