Like 0 | Share | Share:
Tweet

- 
- 
- 
- 



## REPTILE IS COMING TO BALTIMORE
*Don't miss this full day seminar with certified Reptile presenters from across the country!*

**Friday, December 9, 2016 | 8:00 am - 3:30 pm**
**University of Baltimore - Merrick School of Business**
**11 W Mt Royal Ave, Baltimore MD 21201**

**Speakers:**

**Benjamin T. Boscolo**, *ChasenBoscolo Injury Lawyers* · Greenbelt, MD

**Andrew Finkelstein**, *Finkelstein & Partners, LLP* · Newburg, NY

**William G. Hagans**, *Hagans, Montgomery, Rustay, PC* · Houston, TX

**Jim Lyons**, *Lyons & Cone, PLC* · Jonesboro, AR

**Michael D. Reiter**, *ChasenBoscolo Injury Lawyers* · Greenbelt, MD

In 2009, Don Keenan and David Ball introduced the "Reptile" theory. This revolutionary approach to trial strategy has garnered the attention of both plaintiff and defense counsels across the nation for its game changing success.

We are pleased to bring this full day plaintiff-only program to Baltimore on 12/9. Featuring certified Reptile presenters, this seminar is constructed to provide you with the legal background and skills you need to prepare effective opening and closing arguments. In addition, Reptile speakers will show how to apply these legal rules in voir dire, direct/cross examinations and more. Come and learn how "Reptile" is rooted in time-tested black letter laws (laws many of us have forgotten) that can revolutionize your practice.

Agenda Includes:

EXHIBIT G

Opening Statements
Closing Arguments
Jury Selection
Reptile Techniques in Direct and Cross-Examination
How Pushing the Envelope to Advance the Law Is Reptile and Ethical
Lunch sponsored by JMW Settlements, LLC

**Moderators**
Amy Orsi, *The Law Office of Stephen A. Markey, III, PC*
Nicholas Szokoly, *Murphy, Falcon & Murphy*



Please note this seminar is open to plaintiff attorneys only. An affidavit must be signed by registrants prior to the seminar.

### Confirm that you like this.

Click the "Like" button.